**\*E-FILED ON 7/15/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUEDILLAS RICARDO WALKER, MYRTLE VIVIAN WALKER and WILLIAM BERKELEY WALKER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SANTA CLARA, GERALD EGGE, EARL PENNINGTON, GAIL DAVIS, JOHN SCHON, RANDY DANTO and DOES 1-100,<br><br>　　　　Defendants.<br>_____/ | No. C04-02211 RMW (HRL)<br><br>**INTERIM ORDER RE PLAINTIFF QUEDILLAS RICARDO WALKER'S MOTION TO COMPEL DISTRICT ATTORNEY DOCUMENTS** |

　　　Plaintiff Quedillas Ricardo Walker moved to compel the production of certain documents from the Santa Clara County District Attorney's Office. Defendant Santa Clara County ("County") opposed the motion, asserting that the documents are subject to several privileges. No later than **July 20, 2005**, the County shall submit unredacted copies of all of the documents in question to the court for an *in camera* review to determine whether or not the documents are subject to the asserted privileges.

　　　IT IS SO ORDERED.

Dated: July 15, 2005

　　　　　　　　　　　　　　　　　　　/s/ Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

5:04-cv-2211 Notice will be electronically mailed to:

Winifred Botha     winifred_botha@mail.cco.co.santa-clara.ca.us

Matthew D. Davis     mdavis@walkuplawoffice.com

My-Le Jacqueline Duong     Jacqueline.duong@cco.sccgov.org

Aryn Paige Harris     aryn_harris@cco.co.scl.ca.us

Richard H. Schoenberger     rschoenberger@walkuplawoffice.com,

Gregory J. Sebastinelli     gregory.sebastinelli@cco.co.scl.ca.us

Counsel are responsible for distributing this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2