1

2

3                                                           *E-FILED*
4                                                   November 17, 2006

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   QUEDILLAS RICARDO WALKER,              No.  C 04-02211 RMW  (HRL)
     et al.,
12
                 Plaintiffs,
13
     v.                                      **ORDER RESCHEDULING**
14                                           **SETTLEMENT CONFERENCE**
     COUNTY OF SANTA CLARA, et al.,
15
                 Defendants.
16   _____/

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18          IT IS HEREBY ORDERED that the settlement conference scheduled for **December 8, 2006**

19   in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to

20   **December 22, 2006 at 9:30 a.m**.

21          Counsel who will try the case shall appear at the settlement conference with the parties and

22   with the person or persons having full authority to negotiate and to settle the case.  Settlement

23   conference statements, if not previously submitted,  are due seven (7) days prior to the settlement

24   conference.  All other provisions of this Court's Order, dated October 24, 2006, shall remain in

25   effect.

26   ///

27   ///

28   ///

**United States District Court**
For the Northern District of California

1    The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles

2    prior to the date set for settlement conference.

3

4    Dated:   November 17, 2006

5                                                    RICHARD SEEBORG
                                                     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Erik T Atkisson     eatkisson@reedsmith.com, dkelley@reedsmith.com

Winifred Botha     winifred_botha@mail.cco.co.santa-clara.ca.us

Matthew D. Davis     mdavis@walkuplawoffice.com

My-Le Jacqueline Duong     Jacqueline.duong@cco.sccgov.org

Aryn Paige Harris     aryn_harris@cco.co.scl.ca.us

David Michael Rollo     david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

Richard H. Schoenberger     rschoenberger@walkuplawoffice.com,

Gregory J. Sebastinelli     gregory.sebastinelli@cco.co.scl.ca.us,


Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.


Dated: November 17, 2006


                              CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                              By:     /s/ *BAK*