ANN MILLER RAVEL, County Counsel (S.B. #62139)
WINIFRED BOTHA, Assistant County Counsel (S.B. #139357)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
ARYN PAIGE HARRIS, Lead Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
GERALD EGGE, GAIL LEWIS, EARL
PENNINGTON, JOHN SCHON and
RANDY DANTO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

*E-FILED - 12/7/06*

| | |
|---|---|
| QUEDILLIS WALKER, et al., | No.   C04 2211 RMW |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO MODIFY THE COURT'S JUNE 9, 2006 CASE MANAGEMENT ORDER |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

The parties have concluded the majority of written discovery and most of the depositions in this case. Due to scheduling conflicts, the parties have been unable to complete three deposition. Defendants also provided Plaintiffs with an extension of time to respond to a single discovery request for documents. Consequently, the parties have been unable to complete all fact discovery by December 1, 2006, as required by this Court's case management order. The parties stipulate to the following modifications to the case management order:

1.   The December 1, 2006 fact-discovery cutoff be moved to January 19, 2007.

2.   The December 1, 2006 expert-disclosure cutoff be moved to January 19, 2007.

3.   The February 1, 2007 expert-discovery cutoff be moved to February 23, 2007.

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [Proposed] Order to Modify Court's
June 9, 2006 Case Management Order         -1-                    C04 2211 RMW

The parties also stipulate to waive the requirements of Federal Rule of Procedure 26(a)(2) regarding expert reports. Instead, the parties stipulate to disclose the experts' name, speciality, area of testimony, curriculum vitae or similar, and fee schedule.

This is the first request for an extension to the Court's scheduling order. This request will not impact the March 19, 2007 trial date.

IT IS SO STIPULATED.

Dated: Dec. 1, 2006

By: /s/ Richard Schoenberger (MDD for RHS)
RICHARD SCHOENBERGER

Attorneys for Plaintiffs
QUEDILLIS RICARDO WALKER,
MYRTLE VIVIAN WALKER, and
WILLIAM BERKELEY WALKER

Dated: November __, 2006

By: /s/ Aryn Paige Harris
ARYN PAIGE HARRIS
Lead Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
GERALD EGGE, GAIL LEWIS,
EARL PENNINGTON, JOHN
SCHON and RANDY DANTO

IT IS SO ORDERED.

Dated: 12/7/06

/s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE
United States District Court Judge

60218.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [Proposed] Order to Modify Court's
June 9, 2006 Case Management Order   -2-   C04 2211 RMW