ANN MILLER RAVEL, County Counsel (S.B. #62139)
WINIFRED BOTHA, Assistant County Counsel (S.B. #139357)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
ARYN PAIGE HARRIS, Lead Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
GERALD EGGE, GAIL LEWIS, EARL
PENNINGTON, JOHN SCHON and
RANDY DANTO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| QUEDILLIS WALKER, et al., | No. C04 2211 RMW |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARINGS, PRETRIAL AND TRIAL SCHEDULES |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

Plaintiffs Quedillis Ricardo Walker, Myrtle Vivian Walker, and William Berkeley Walker, and Defendants, County of Santa Clara, Gerald Egge, Gail Lewis, Earl Pennington, John Schon and Randy Danto, by and through their counsel of record, hereby stipulate and respectfully request an Order as follows:

1. The hearing on Defendants Randy Danto's and John Schon's Motions for Summary Judgment currently set for January 5, 2007, will be continued to February 23, 2007. Plaintiffs' oppositions will be filed by January 22, 2007, and Defendants' reply to the oppositions will be filed by February 7, 2007.

2. The March 19, 2007 trial will be continued to September 4, 2007. The March 8, 2007 Pretrial Conference will be continued to August 17, 2007, and Joint Pretrial Statement will

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [Proposed] Order to Continue Motion
Hearings, Pretrial and Trial Schedules    -1-    C04 2211 RMW

be filed on August 11, 2007. Defense counsel consulted the Court's clerk about the Court's availability on these and was informed that the Court was available.

3. The last day for a hearing on dispositive motion set for February 9, 2007 will be continued to April 28, 2007.

4. The last day for disclosure of experts will be continued to March 17, 2007.

5. The January 19, 2007 fact discovery cut-off will be continued to February 27, 2007.

6. The February 23, 2007 expert discovery cut-off will be continued to May 12, 2007.

7. The hearing on Defendants County of Santa Clara's, Deputies Gerald Egge's and Earl Pennington's Motions for Summary Judgment will be March 16, 2007. Moving papers will be filed and served by January 19, 2007. Plaintiffs' oppositions will be filed and served by February 9, 2007, and Defendants' reply to oppositions will be filed by February 23, 2007.

IT IS SO STIPULATED.

Dated: December 29, 2006

By: /s/ MATTHEW D. DAVIS

Attorneys for Plaintiffs
QUEDILLIS RICARDO WALKER, MYRTLE VIVIAN WALKER, and WILLIAM BERKELEY WALKER

Dated: December 27, 2006

By: /s/ ARYN PAIGE HARRIS
Lead Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, GERALD EGGE, GAIL LEWIS, EARL PENNINGTON, JOHN SCHON and RANDY DANTO

IT IS SO ORDERED.

Dated: 1/2/07

/s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE
United States District Court Judge

Stip and [Proposed] Order to Continue Motion Hearings, Pretrial and Trial Schedules

-2-

C04 2211 RMW