```
ANN MILLER RAVEL, County Counsel (S.B. #62139)
WINIFRED BOTHA, Assistant County Counsel (S.B. #139357)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
ARYN PAIGE HARRIS, Lead Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
GERALD EGGE, GAIL LEWIS, EARL
PENNINGTON, JOHN SCHON and
RANDY DANTO
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

*E-FILED - 2/6/07*

| | |
|---|---|
| QUEDILLIS WALKER, et al., | No.   C04 2211 RMW |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO AMEND SUMMARY JUDGMENT DEADLINES |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

Plaintiffs Quedillis Ricardo Walker, Myrtle Vivian Walker, and William Berkeley Walker, and Defendants, County of Santa Clara, Gerald Egge, Gail Lewis, Earl Pennington, John Schon and Randy Danto, by and through their counsel of record, hereby stipulate and respectfully request an amendment to the January 2, 2007 Order as follows:

1. The hearing on Defendants Randy Danto's and John Schon's Motions for Summary Judgment currently set for February 23, 2007 will be continued to March 2, 2007. Plaintiffs's oppositions will be filed and served by January 24, 2007, and Defendants' reply to the oppositions will be filed and served by February 9, 2007.

2. The hearing on Defendants County of Santa Clara's, Deputies Gerald Egge's and Earl Pennington's Motions for Summary Judgment originally scheduled for March 16, 2007,

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [Prop] Order to Amend Summary
Judgment Deadlines            -1-            C04 2211 RMW

scheduled to be filed and served by January 19, 2007 will be filed and served by January 26, 2007. Plaintiffs' oppositions originally scheduled to be filed and served by February 9, 2007, will now be filed and served by February 16, 2007, and Defendants' reply to the oppositions originally scheduled to filed and served by February 23, 2007, will now be filed and served by March 1, 2007.

**IT IS SO STIPULATED.**

Dated: January ___, 2007

By: _____
MATTHEW D. DAVIS

Attorneys for Plaintiffs
QUEDILLIS RICARDO WALKER, MYRTLE VIVIAN WALKER, and WILLIAM BERKELEY WALKER

Dated: January 22, 2007

By: _____
ARYN PAIGE HARRIS
Lead Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, GERALD EGGE, GAIL LEWIS, EARL PENNINGTON, JOHN SCHON and RANDY DANTO

**IT IS SO ORDERED.**

Dated: 2/6/07

_Ronald M. Whyte_
_____
HONORABLE RONALD M. WHYTE
United States District Court Judge

64963.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [PROP] Order to Amend Summary Judgment Deadlines      -2-      C04 2211 RMW