ANN MILLER RAVEL, County Counsel (S.B. #62139)
WINIFRED BOTHA, Assistant County Counsel (S.B. #139357)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
ARYN PAIGE HARRIS, Lead Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
GERALD EGGE, GAIL LEWIS, EARL
PENNINGTON, JOHN SCHON and
RANDY DANTO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

*E-FILED - 2/7/07*

QUEDILLIS WALKER, et al.,           )   No.   C04 2211 RMW
                                    )
        Plaintiffs,                 )
                                    )   **STIPULATION FOR VOLUNTARY
                                    )   DISMISSAL OF DEFENDANT GAIL LEWIS
    v.                              )   WITHOUT PREJUDICE AND ORDER**
                                    )
COUNTY OF SANTA CLARA, et al.,      )
                                    )
        Defendants.                 )
_____)

IT IS HEREBY STIPULATED by and between Quedillis Ricardo Walker, William Berkeley Walker, and Myrtle Vivian Walker ("Plaintiffs") and Defendant Gail Lewis, through their undersigned counsel, that Defendant Gail Lewis be dismissed without prejudice as to all claims by all Plaintiffs pursuant to Federal Rules of Civil Procedure 15 and 41.

IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter an order dismissing without prejudice all claims by all Plaintiffs against Defendant Gail Lewis.

//

//

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip for Voluntary Dismissal of Gail Lewis Without
Prejudice and Order                    -1-                    C04 2211 RMW

IT IS FURTHER STIPULATED THAT the parties agree that each side will bear its own attorney fees and costs.

Dated: January 22, 2007

MATTHEW D. DAVIS
Attorneys for Plaintiffs

Dated: January 19, 2007

ANN MILLER RAVEL
County Counsel

By: ARYN PAIGE HARRIS
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, GERALD EGGE, GAIL LEWIS, EARL PENNINGTON, JOHN SCHON and RANDY DANTO

## ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Defendant Gail Lewis is dismissed without prejudice as to all claims by all Plaintiffs pursuant to Federal Rules of Civil Procedure 15 and 41.

2. The Court shall direct the clerk to enter order dismissing without prejudice all claims by all Plaintiffs against Defendant Gail Lewis.

3. Each side will bear its own costs and attorney fees.

DATED: 2/7/07

RONALD M. WHYTE
District Court Judge