LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

RICHARD H. SCHOENBERGER (State Bar #122190)
MATTHEW D. DAVIS (State Bar #141986)
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/14/07*

| | |
|---|---|
| QUEDILLAS RICARDO WALKER, MYRTLE VIVIAN WALKER, AND WILLIAM BERKELEY WALKER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SANTA CLARA, GERALD EGGE, EARL PENNINGTON, GAIL DAVIS, JOHN SCHON, RANDY DANTO, and DOES 1 to 100,<br><br>Defendants. | Case No. C 04 2211 RMW<br><br>**STIPULATION AND [xxxxxxxxxxxxxx] ORDER TO AMEND SUMMARY JUDGMENT DEADLINES** |

Plaintiffs Quedillis Ricardo Walker, Myrtle Vivian Walker, and William Berkeley Walker, and Defendants, County of Santa Clara, Gerald Egge, Gail Lewis, Earl Pennington, John Schon and Randy Danto, by and through their counsel of record, hereby stipulate and respectfully request an amendment to the Scheduling Order as follows:

The hearing on Defendants County of Santa Clara's, Deputies Gerald Egge's and Earl Pennington's Motions for Summary Judgment, scheduled for March 16, 2007, will be continued to April 6, 2007. Plaintiffs' oppositions, scheduled to be filed and served by February 16, 2007, will now be filed and served by March 5, 2007, and Defendants' reply to the oppositions, scheduled to be filed and served by March 1, 2007, will now be filed and served by March 19, 2007.

1  IT IS SO STIPULATED.

2

3  Dated: February 13, 2007        By: _____
                                        MATTHEW D. DAVIS
4                                       Attorneys for Plaintiffs

5

6  Dated: February 14, 2007        By: _____
                                        ARYN PAIGE HARRIS
7                                       Lead Deputy County Counsel

8

9  IT IS SO ORDERED.
10

11 Dated:  3/14/07
                                        _____
12                                      HONORABLE RONALD M. WHYTE
                                        United States District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [xxxxxxxxx] ORDER TO AMEND SUMMARY JUDGMENT DEADLINES — CASE NO. C 04 2211 RMW