1 | ANN MILLER RAVEL, County Counsel (S.B. #62139)
2 | WINIFRED BOTHA, Assistant County Counsel (S.B. #139357)
  | DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
  | ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
3 | OFFICE OF THE COUNTY COUNSEL
  | 70 West Hedding, East Wing, 9th Floor
4 | San Jose, California 95110-1770
  | Telephone: (408) 299-5900
5 | Facsimile: (408) 292-7240

6 | Attorneys for Defendants
  | COUNTY OF SANTA CLARA,
7 | GERALD EGGE, GAIL LEWIS, EARL
  | PENNINGTON, JOHN SCHON and
8 | RANDY DANTO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

*E-FILED - 3/14/07*

| QUEDILLIS WALKER, et al., | ) | No.   C04 2211 RMW |
| Plaintiffs, | ) | **STIPULATION AND [xxxxxxxxxxxxxx] ORDER REGARDING CRIMINAL JUSTICE HISTORY INFORMATION** |
| v. | ) | |
| COUNTY OF SANTA CLARA, et al., | ) | |
| Defendants. | ) | |

Plaintiffs Quedillis Ricardo Walker, Myrtle Vivian Walker, and William Berkeley Walker, and Defendants, County of Santa Clara, Gerald Egge, Gail Lewis, Earl Pennington, John Schon and Randy Danto, by and through their counsel of record, hereby stipulate and respectfully request an Order as follows:

1. Pursuant to court order, the Office of the District Attorney is in possession of the Sheriff's Office file in the underlying murder investigation that gives rise to this civil litigation. The Sheriff's files contain state summary criminal history information ("rap sheets") on several different individuals. (Court Order, Exhibit A to the Affidavit of Aryn P. Harris ("Harris Aff.")

2. All parties agree that the rap sheets are material and relevant to the facts in this case.

3. Access to rap sheets is limited by California Penal Code §11105. The statute permits

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip & [xxxx] Order Re: Criminal Justice
History Information                -1-                C04 2211 RMW

1 criminal history information "obtained from a record in (1) a transcript or record of a judicial or administrative proceeding ... if the inclusion of the information in the public record is authorized by a court, statute, or decisional law." Penal Code §11105 (h).

4. The District Attorney's Office has no objection to disclosure of the rap sheets pursuant to a court order restricting access as provided by protective order that is already in place in this action. (Protective Order, Exhibit B to Harris Aff.)

5. All parties agree that the rap sheets are necessary records to the pending civil lawsuit and thereby request that this Court order release of the rap sheets to be used pursuant to the protective order.

IT IS SO STIPULATED.

Dated: February 25, 2007      By: _____
                                   MATTHEW D. DAVIS

Attorneys for Plaintiffs
QUEDILLIS RICARDO WALKER, MYRTLE VIVIAN WALKER, and WILLIAM BERKELEY WALKER

Dated: 03/02/2007      By: _____
                             ARYN PAIGE HARRIS
                             Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, GERALD EGGE, GAIL LEWIS, EARL PENNINGTON, JOHN SCHON and RANDY DANTO

IT IS SO ORDERED.

Dated: 3/14/07      _____
                          *Ronald M. Whyte*
                          HONORABLE RONALD M. WHYTE
                          United States District Court Judge

65347.wpd

Stip & [xxxx] Order Re: Criminal Justice History Information      -2-      C04 2211 RMW