ANN MILLER RAVEL, County Counsel (S.B. #62139)
WINIFRED BOTHA, Assistant County Counsel (S.B. #139357)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
GERALD EGGE, GAIL LEWIS, EARL
PENNINGTON, JOHN SCHON and
RANDY DANTO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

*E-FILED - 4/3/07*

| | |
|---|---|
| QUEDILLIS WALKER, et al., | No.   C04 2211 RMW |
| Plaintiffs, | STIPULATION AND [xxxxxxxxxxxxxx] ORDER TO CONTINUE DEFENDANTS, COUNTY OF SANTA CLARA, EARL PENNINGTON AND GERALD EGGE'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

Plaintiffs Quedillis Ricardo Walker, Myrtle Vivian Walker, and William Berkeley Walker, and Defendants, County of Santa Clara, Gerald Egge, Gail Lewis, Earl Pennington, John Schon and Randy Danto, by and through their counsel of record, hereby stipulate and respectfully request an Order as follows:

1.   The hearing on Defendants County of Santa Clara, Earl Pennington, and Gerald Egge's Motions for Summary Judgment currently set for April 6, 2007 will be continued to

//

//

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [xxxxxxxx] Order to Continue County's
and Deputies Motion for Summary Judgment     -1-     C04 2211 RMW

April 20, 2007. Defendants' reply to the oppositions will be filed by April 4, 2007.

**IT IS SO STIPULATED.**

Dated: March __, 2007

By: _____
MATTHEW D. DAVIS

Attorneys for Plaintiffs
QUEDILLIS RICARDO WALKER,
MYRTLE VIVIAN WALKER, and
WILLIAM BERKELEY WALKER

Dated: March 19, 2007

By: _____
ARYN PAIGE HARRIS
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
GERALD EGGE, GAIL LEWIS,
EARL PENNINGTON, JOHN
SCHON and RANDY DANTO

**IT IS SO ORDERED.**

Dated: 4/3/07

_Ronald M. Whyte_
HONORABLE RONALD M. WHYTE
United States District Court Judge

73891.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [xxxxxxx] Order to Continue County's
and Deputies Motion for Summary Judgment    -2-    C04 2211 RMW