United States District Court
For the Northern District of California

**\*E-FILED 5/29/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUEDILLAS WALKER, et al., | No.  C 04-02211 RMW (RS) |
|     Plaintiffs, | |
| v. | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| COUNTY OF SANTA CLARA, et al., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **June 26, 2007**, **at 9:30 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California.  In preparation for the conference, the procedures set forth below are to be followed:

    1.    **Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case.  In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

    2.    The parties shall lodge with the Court updated confidential settlement conference statements no later than **June 19, 2007**.

///

///

3. The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated: 5/29/07

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Erik T Atkisson     eatkisson@reedsmith.com, dkelley@reedsmith.com

Winifred Botha     winifred_botha@mail.cco.co.santa-clara.ca.us

Matthew D. Davis     mdavis@walkuplawoffice.com

My-Le Jacqueline Duong     Jacqueline.duong@cco.sccgov.org

Aryn Paige Harris     aryn_harris@cco.co.scl.ca.us

David Michael Rollo     david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

Richard H. Schoenberger     rschoenberger@walkuplawoffice.com,

Gregory J. Sebastinelli     gregory.sebastinelli@cco.co.scl.ca.us,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 5/29/07

                                      CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                                      By:     /s/ *BAK*

**United States District Court**
For the Northern District of California