```
ANN MILLER RAVEL, County Counsel (S.B. #62139)
WINIFRED BOTHA, Assistant County Counsel (S.B. #139357)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
GERALD EGGE, EARL PENNINGTON,
and JOHN SCHON
```

**E-FILED - 10/4/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUEDILLIS WALKER, et al., | No. C04 2211 RMW |
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE, AND [PROPOSED] ORDER** |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

Plaintiff Quedillis Ricardo Walker and Defendants Gerald Egge, and Earl Pennington, by their respective counsel, hereby stipulate pursuant to the terms of the Settlement Agreement and General Release between the parties and Federal Rules of Civil Procedure 41(a)(1)(ii), that

//
//
//
//
//
//
//

1 | this action be dismissed with prejudice.
2 | IT IS SO STIPULATED.
3 | Dated: 7/26/07, 2007

*[signature]*
MATTHEW D. DAVIS
Attorneys for Plaintiffs

6 | Dated: 10/1/07, 2007

ANN MILLER RAVEL
County Counsel

By: *[signature]*
ARYN PAIGE HARRIS
Deputy County Counsel

Attorneys for Defendants
GERALD EGGE, EARL PENNINGTON
and JOHN SCHON

12 | **IT IS SO ORDERED.**
13 | Dated: 10/4/07

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE

96573.wpd