1 ANN MILLER RAVEL, County Counsel (S.B. #62139)
  WINIFRED BOTHA, Assistant County Counsel (S.B. #139357)
2 ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
  DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
3 OFFICE OF THE COUNTY COUNSEL
  70 West Hedding, East Wing, 9ᵗʰ Floor
4 San Jose, California  95110-1770
  Telephone:  (408) 299-5900
5 Facsimile:  (408) 292-7240

6 Attorneys for Defendants
  GERALD EGGE, EARL PENNINGTON
7 and JOHN SCHON

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                                        ***E-FILED - 10/4/07***

12 QUEDILLIS WALKER, et al.,          )   No.    C04 2211 RMW
                                      )
13        Plaintiffs,                 )   **STIPULATION FOR VOLUNTARY**
                                      )   **DISMISSAL OF DEFENDANT JOHN**
14 v.                                 )   **SCHON WITH PREJUDICE AND**
                                      )   **[PROPOSED] ORDER**
15 COUNTY OF SANTA CLARA, et al.,     )
                                      )
16        Defendants.                 )
                                      )
17 ──────────────────────────────────)

18        IT IS HEREBY STIPULATED by and between Plaintiff Quedillis Ricardo Walker and

19 Defendant John Schon, through their undersigned counsel, that Defendant John Schon be

20 dismissed with prejudice as to all claims by Plaintiff pursuant to Federal Rules of Civil

21 Procedure 15 and 41.

22        IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter an order

23 dismissing with prejudice all claims against Defendant John Schon.

24 / /

25 / /

26 / /

27 / /

28 / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip & Voluntary Dismissal of Def John Schon
With Prejudice, and Order                    -1-                    C04 2211 RMW

1        IT IS FURTHER STIPULATED THAT the parties agree that each side will bear its own

2  attorney fees and costs.

3  Dated: _____9/26_____, 2007

4

5                            MATTHEW D. DAVIS
                                 Attorneys for Plaintiffs

6

7  Dated: ___10/1/07___, 2007           ANN MILLER RAVEL
                               County Counsel

8

9                     By:

10                            ARYN PAIGE HARRIS
                            Deputy County Counsel

11                            Attorneys for  Defendants
                            GERALD EGGE, EARL PENNINGTON

12                            and JOHN SCHON

13                       **ORDER**

14        THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED

15  ADJUDGED AND DECREED THAT:

16        1.   Defendant John Schon is dismissed with prejudice as to all claims pursuant to

17  Federal Rules of Civil Procedure 15 and 41.

18        2.   The Court shall direct the clerk to enter order dismissing with prejudice all claims

19  against Defendant John Schon.

20        3.   Each side will bear its own costs and attorney fees.

21  DATED: ___10/4/07_____

                              HONORABLE RONALD M. WHYTE

22

23

24

25  96560.wpd

26

27

28

Stip & Voluntary Dismissal of Def John Schon
With Prejudice, and Order     -2-              C04 2211 RMW